IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN JOHNSON,

    Plaintiff,
v.                                                     Case No. 4:19cv409-MW/MJF

ANDREW SAUL,

    Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED** and this action is **DISMISSED**. Judgment is entered, pursuant to sentence four of 42 U.S.C. § 405(g), **AFFIRMING** the decision of the Commissioner." The Clerk shall also close the file.

**SO ORDERED on September 17, 2020.**

                                                    **s/ MARK E. WALKER**
                                                    **Chief United States District Judge**